# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                         Plaintiff,     ) | |
| v.                                                     ) | Criminal No. 1:03-CR-46-B-S |
| JEFFREY ALAN SHIELDS,     ) | |
|                         Defendant.     ) | |

## **SATISFACTION OF JUDGMENT**

The monetary penalty(s) imposed in the above-captioned action entered on September 30, 2003 has/have been satisfied and paid in full.

Dated:      January 6, 2005

                                             Paula D. Silsby
                                             United States Attorney


                                             /s/ Evan J. Roth
                                             Assistant U.S. Attorney
                                             United States Attorney's Office
                                             100 Middle Street, P.O. Box 9718
                                             Portland, Maine 04101
                                             207-780-3257
                                             Evan.Roth@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 6, 2005, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    **JOSEPH BALDACCI**
    jmbaldacci@aol.com Motherworks42@aol.com

    **GAIL FISK MALONE**
    gail.f.malone@usdoj.gov jane.deane@usdoj.gov;ecf.usame@usdoj.gov


    Paula D. Silsby
    United States Attorney

    /s/Evan J. Roth
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street, PO Box 9718
    Portland, Maine 04101
    (207) 780-3257
    Evan.Roth@usdoj.gov