Prob12B
(1/06)

# United States District Court
## for the District of Maine

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jeffrey Shields                **Case Number:** 1:03CR-46-B-W

**Name of Sentencing Judicial Officer:** Honorable John A. Woodcock, Jr., Chief U.S. District Judge

**Date of Original Sentence:** September 30, 2003

**Original Offense:** Possession of Child Pornography

**Original Sentence:** 57 months Imprisonment - 3 years Supervised Release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** February 12, 2009

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:


Shields' whereabouts will be monitored using Global Positioning System (GPS) for a period of no less that six months.

Shields will not reside with any minors.  Shields residence should not be in the immediate area where minors congregate without parental or adult supervision.

Shields' contact with any minors must be approved by his community release team coordinator.  Contact is defined herein as in-person contact, or via correspondence, telephone, or any other electronic means.
    a.    If deemed necessary by the release team, Shields' contact with minors will be directly supervised by a responsible adult or chaperone.  This person must be approved by the community release team.  The responsible adult should:
        i.    Be made explicitly aware of Shields' criminal history and sexual risk factors;
        ii.    Receive explicit instructions to immediately report any deviations from the terms of this release plan.

Shields will not reside with anyone who presents a significant risk factor, sexual or otherwise, as judged by his release team.

Shields will provide a list of all potential visitors to his home.  The appropriateness of each visitor should be carefully assessed by his community release team.

Shields will refrain from accepting or seeking civic, religious, or other voluntary positions where he may be in a position of authority or influence over children and their families.

Prob 12B                                    - 2 -                              Request for Modifying the
                                                                               Conditions or Terms of Supervision
                                                                               with Consent of the Offender

Shields will not associate with anyone, except while in a treatment program or structured living environment (e.g., sober living house), who is known to be a sex offender or someone who condones or supports sexual abuse and exploitation of others.

The Following may threaten the management of Shield's sobriety and/or sexual deviance disorder. Accordingly, Shield's is prohibited from possessing:
- a. Sexually explicit and/or obscene materials or paraphernalia, whether written, printed, photographed, electronic, computerized, or recorded;
- b. Anything that overly promotes or glamorizes criminal activity; and
- c. Anything that overly promotes or supports child-adult sexual relations.

Shields will not frequent, patronize or be seen in or around places or establishments that promote sex trade or sell pornography.

Shields will not loiter in public restrooms or around places where minors congregate, such as arcades, schools, amusement parks, skateboard parks, water parks, etc.
- a. In order to attend an event where unsupervised minors may be present, Shields must first obtain permission from his release team and have an approved chaperone.

Shields will not operate any personal computer or other electronic device (e.g., cell phone, gaming system) with Internet access, unless it has been approved by the community release team; and
- b. Appropriate monitoring and filtering software have been installed, and/or
- c. Appropriate user controls/restrictions have been placed in the device.

Shields' employment should be carefully screened by the release team. His employer should be notified of relevant risk factors, as determined by the community release team.
- a. His job should not permit direct contact with or supervision of minors;
- b. He should not work (ideally) in any position that requires him to handle or serve alcohol;
- c. If his job requires Internet access, additional conditions may be stipulated (e.g., placing his workstation in view of others, installing monitoring/filtering software).

Shields will participate in the following aftercare treatment and support services:
- a. Weekly attendance in Alcoholic Anonymous meeting;
- b. Weekly attendance in an <u>aftercare</u>, relapse prevention-focused group for sex offenders;
  - i. The treatment provider should be a mental health professional judged to have adequate clinical experience treating sex offenders;
- c. continued psychopharmacological treatment with appropriate psychiatric monitoring;
  - i. The current treatment includes fluoxetine (Prozac) 40 mg/day; and
- d. Individual therapy, as needed.

Shields should receive regular Maintenance Polygraph Examinations to monitor his compliance with the conditions of conditional release.
- a. The exams should be conducted approximately once every six months (or more frequently, as determined by the release team).

Prob 12B - 3 - Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

**Shields will have a late night curfew for the first six months of conditional release (10 p.m. to 6 a.m.). The curfew should be modified and/or discontinued in a manner consistent with his clinical progress and successful community reintegration.**

**Shields will keep a driving log which documents his vehicular travel destination, mileage, routes and times.  This log should be turned in to his release team coordinator on a bi-weekly basis.**

**Shields will keep a weekly log of all activities and locations where those activities took  place.  This log should be turned in to his release team coordinator on a weekly basis.**

**Shields will not consume or possess alcoholic beverages.**
      **a.**      **He will also be subject to random breathalyzer tests and urinalysis (also to screen for drug use).**

**Shields shall at all times readily submit to a search of his residence, and of any other premises under his dominion and control, by his supervising officer, upon the officer's request when the officer has reasonable basis to believe that such a search will lead to the discovery of evidence of violation of the terms of supervised release, including pornographic materials that Defendant is prohibited from possessing under the rules of his sex offender treatment program.**

**The defendant be placed in a Residential Re-Entry Center immediately for a duration of twelve months or until the Court Orders otherwise.**

Prob 12B                             - 4 -                    Request for Modifying the
                                                        Conditions or Terms of Supervision
                                                              with Consent of the Offender

# CAUSE

In February 2009, the defendant was civilly committed to the custody of the BOP after the Honorable Patti Saris of the United States District Court, District of Massachusetts, found he met the criteria as a Sexually Dangerous Person. On June 9, 2011, Judge Saris released the defendant on the conditions of release. The Probation Office recommends this modification so that Mr. Shields has the same conditions for both his civil supervision and his criminal supervision. As illustrated by the attached waiver of hearing form, the defendant agrees to this modification.

                                        Respectfully submitted,

                              By        _____
                                        Ryan E. Petroff
                                        Supervisory U.S. Probation Officer
                                        Date: June 22, 2011

Reviewed:

_____
Timothy J. Duff
Supervisory U.S. Probation Officer
Date: June 22, 2011

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Maine

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that the grounds for this modification/extension can be used at a later date for further court action if I continue to violate the conditions of my supervision.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Shields' whereabouts will be monitored using Global Positioning System (GPS) for a period of no less that six months.**

**Shields will not reside with any minors. Shields residence should not be in the immediate area where minors congregate without parental or adult supervision.**

**Shields' contact with any minors must be approved by his community release team coordinator. Contact is defined herein as in-person contact, or via correspondence, telephone, or any other electronic means.**
    a.    **If deemed necessary by the release team, Shields' contact with minors will be directly supervised by a responsible adult or chaperone. This person must be approved by the community release team. The responsible adult should:**
        i.    **Be made explicitly aware of Shields' criminal history and sexual risk factors;**
        ii.    **Receive explicit instructions to immediately report any deviations from the terms of this release plan.**
        iii.

**Shields will not reside with anyone who presents a significant risk factor, sexual or otherwise, as judged by his release team.**

**Shields will provide a list of all potential visitors to his home. The appropriateness of each visitor should be carefully assessed by his community release team.**

**Shields will refrain from accepting or seeking civic, religious, or other voluntary positions**

Shields, Jeffery: Prob-49 Page: 2

where he may be in a position of authority or influence over children and their families.

Shields will not associate with anyone, except while in a treatment program or structured living environment (e.g., sober living house), who is known to be a sex offender or someone who condones or supports sexual abuse and exploitation of others

The Following may threaten the management of Shield's sobriety and/or sexual deviance disorder.  Accordingly, Shield's is prohibited from possessing:
    a.    Sexually explicit and/or obscene materials or paraphernalia, whether written, printed, photographed, electronic, computerized, or recorded;
    b.    Anything that overly promotes or glamorizes criminal activity; and
    c.    Anything that overly promotes or supports child-adult sexual relations.

Shields will not frequent, patronize or be seen in or around places or establishments that promote sex trade or sell pornography.

Shields will not loiter in public restrooms or around places where minors congregate, such as arcades, schools, amusement parks, skateboard parks, water parks, etc.
    a.    In order to attend an event where unsupervised minors may be present, Shields must first obtain permission from his release team and have an approved chaperone.

Shields will not operate any personal computer or other electronic device (e.g., cell phone, gaming system) with Internet access, unless it has been approved by the community release team; and
    b.    Appropriate monitoring and filtering software have been installed, and/or
    c.    Appropriate user controls/restrictions have been placed in the device.

Shields' employment should be carefully screened by the release team.  His employer should be notified of relevant risk factors, as determined by the community release team.
    a.    His job should not permit direct contact with or supervision of minors;
    b.    He should not work (ideally) in any position that requires him to handle or serve alcohol;
    c.    If his job requires Internet access, additional conditions may be stipulated (e.g., placing his workstation in view of others, installing monitoring/filtering software).

Shields will participate in the following aftercare treatment and support services:
    a.    Weekly attendance in Alcoholic Anonymous meeting;
    b.    Weekly attendance in an <u>aftercare</u>, relapse prevention-focused group for sex offenders;
        i.    The treatment provider should be a mental health professional judged to have adequate clinical experience treating sex offenders;

Shields, Jeffery: Prob-49 Page: 3

      c.     continued psychopharmacological treatment with appropriate psychiatric monitoring;
          i.     The current treatment includes fluoxetine (Prozac) 40 mg/day; and
      d.     Individual therapy, as needed.

Shields should receive regular Maintenance Polygraph Examinations to monitor his compliance with the conditions of conditional release.
      a.     The exams should be conducted approximately once every six months (or more frequently, as determined by the release team).

Shields will have a late night curfew for the first six months of conditional release (10 p.m. to 6 a.m.). The curfew should be modified and/or discontinued in a manner consistent with his clinical progress and successful community reintegration.

Shields will keep a driving log which documents his vehicular travel destination, mileage, routes and times. This log should be turned in to his release team coordinator on a bi-weekly basis.

Shields will keep a weekly log of all activities and locations where those activities took place. This log should be turned in to his release team coordinator on a weekly basis.

Shields will not consume or possess alcoholic beverages.
      a.     He will also be subject to random breathalyzer tests and urinalysis (also to screen for drug use).

Shields shall at all times readily submit to a search of his residence, and of any other premises under his dominion and control, by his supervising officer, upon the officer's request when the officer has reasonable basis to believe that such a search will lead to the discovery of evidence of violation of the terms of supervised release, including pornographic materials that Defendant is prohibited from possessing under the rules of his sex offender treatment program.

The defendant be placed in a Residential Re-Entry Center immediately for a duration of twelve months or until the Court Orders otherwise.

Witness: _____  Signed: _____
          U.S. Probation Officer                Probationer or Supervised Releasee

                                      June 14, 2011
                                        DATE