# EXHIBIT C

Eric Tennen

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Tuesday, October 04, 2011 2:55 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-12056-PBS United States of America v. Shields Order on Motion for Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 10/4/2011 at 2:55 PM EDT and filed on 10/3/2011
**Case Name:**  United States of America v. Shields
**Case Number:**  1:07-cv-12056-PBS
**Filer:**
**WARNING: CASE CLOSED on 03/08/2011**
**Document Number:** 272

**Docket Text:**
**Judge Patti B. Saris: ENDORSED ORDER entered re [271] Motion for Hearing: "Petitioner shall first seek a Status Conference in Maine to see if the Court can order better services, and if necessary, concurs to a transfer of jursidiction." (Anderson, Jennifer)**

**1:07-cv-12056-PBS Notice has been electronically mailed to:**

Judith H. Mizner judith_mizner@fd.org

John G. Swomley jswomley@swomleylaw.com, dhincapie@swomleylaw.com, etennen@swomleylaw.com, skatz@swomleylaw.com, tlanier@swomleyandtennen.com

Eve A Piemonte-Stacey eve.stacey@usdoj.gov, gloria.bruno@usdoj.gov

Mark J. Grady mark.grady@usdoj.gov, kay-beth.whitten@usdoj.gov, usama.ecf@usdoj.gov

Mark T. Quinlivan mark.quinlivan@usdoj.gov, usama.ecf@usdoj.gov

Jennifer A. Serafyn gloria.bruno@usdoj.gov, jennifer.serafyn@usdoj.gov

**1:07-cv-12056-PBS Notice will not be electronically mailed to:**

10/17/2011