UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:03-cr-00046-JAW-01 |
| | ) | |
| JEFFREY ALAN SHIELDS | ) | |

**ORDER TO STAY**

On November 3, 2011, the Court held a hearing in Portland, Maine to determine the best course of action regarding Jeffrey Shields' request to transfer the location of his supervised release and civil commitment from Portland to Boston, Massachusetts. After discussion with counsel, the Court STAYS action on Mr. Shields' request to allow Judge Patti B. Saris of the United States District Court in the District of Massachusetts to evaluate his request. Having presided over an extended civil commitment proceeding and having fashioned the conditions for Mr. Shields' release, Judge Saris has gained a detailed knowledge of Mr. Shields and is therefore in a better position than this Judge to assess the advisability of his proposed transfer from Maine to Massachusetts. Furthermore, once Mr. Shields' supervised release ends in February 2012, the sole legal authority for oversight of Mr. Shields will rest with Judge Saris through the civil commitment process. The Court concludes it would benefit from Judge Saris' evaluation before making its own.

The Court ORDERS the Defendant's request for transfer STAYED to allow Judge Saris to address the Defendant's pending request for transfer from Maine to Massachusetts.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2011